# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NUBIA SAENZ and BENJAMIN SAENZ,

        Plaintiffs,

v.   Case No:   6:23-cv-1930-JA-LHP

NEWREZ LLC,

        Defendant

## ORDER

Upon consideration of the Notice of Unavailability filed by counsel for Plaintiffs (Doc. No. 11), it is **ORDERED** that the Notice is hereby **STRICKEN**. *See* Local Rule 3.08(c).

**DONE** and **ORDERED** in Orlando, Florida on October 17, 2023.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties